**BELDEN TECHNOLOGIES and Belden CDT (Canada) Inc., Plaintiffs–Appellants,**

v.

**SUPERIOR ESSES, INC. and Superior Essex Communications L.P., Defendants–Appellees.**

No. 2011–1608.

United States Court of Appeals, Federal Circuit.

Nov. 15, 2011.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Richard A. BECKER, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2011–3224.

United States Court of Appeals, Federal Circuit.

Nov. 16, 2011.

## ORDER

The order of dismissal and the mandate dated 10/28/2011, 460 Fed.Appx. 926, 2011 WL 7447348, having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.